```
 1  Gary S. Casselman, SBN 81658
    Danielle Leichner Casselman, SBN 170622
 2  LAW OFFICE OF GARY S. CASSELMAN
    3415 South Sepulveda Blvd., Suite 370
 3  Los Angeles, CA 90034
    Telephone: 310/390-4406
 4  Fax: 310/390-4533
 5  Attorneys for Plaintiff
```



ORIGINAL FILED
2005 JUN 13 A 8 42
CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY ___ DEPUTY

LODGED
JUN 10 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BAKERSFIELD, MARK CHARMLEY, #537, SCOTT CARVEL, #343, O. LOVE, #616, JAMES JAMES, THOMAS PRYOR, ERIC MATLOCK and DOES 1-10 individually and in their official capacities. <br><br> Defendants. | CASE NO. CIV F-04-5585 AWI TAG <br><br> Hon. Anthony W. Ishii, Judge <br><br> STIPULATION TO CONTINUE FACT DISCOVERY AND EXPERT DISCOVERY CUTOFF AND TO ENLARGE THE NUMBER OF INTERROGATORIES WHICH MAY BE PROPOUNDED TO PLAINTIFF ANTHONY CAMPBELL <br><br> Current Discovery Cutoff: 7/8/2005 <br> Proposed Discovery Cutoff: 9/8/2005 <br> Current Expert Cutoff: 8/8/2005 <br> Proposed Expert Cutoff: 10/10/2005 |

**IT IS HEREBY STIPULATED BY THE PARTIES AND COUNSEL:**

1. The Discovery Cutoff in this matter is currently set for July 8, 2005;

2. Because of illness of plaintiff's counsel for the last 3 months of 2004 and the scheduling conflicts of counsel's calendars, additional time is necessary to conduct and comple discovery in this matter by all parties;

1

3. Counsel have discussed and agreed to continue the discovery cutoff for 60 days to September 9, 2005 or such other date as agreeable to the Court;

4. It is further agreed that the expert discovery cutoff now set for August 8, 2005 may be continued to October 10, 2005 as agreeable to the Court.

5. Counsel further agree that Defendant City of Bakersfield may serve plaintiff Anthony Campbell 25 additional interrogatories;

6. There have been no prior continuances sought or granted of these cutoff dates

**IT IS SO STIPULATED**

DATED: June 8, 2005

LAW OFFICES OF
GARY S. CASSELMAN

_____
GARY S. CASSELMAN
Attorney for Plaintiffs

DATED: June 8, 2005

MARDEROSSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: _____
JACOB RIVAS
Attorney for Defendants

**GOOD CAUSE APPEARING** based on stipulation of counsel for the parties, the Discovery Cutoff, currently set for July 8, 2005 is hereby continued to Sep 9, 2005; the expert discovery cutoff, currently set for August 8, 2005 is continued to Oct. 10, 2005; Defendant City of Bakersfield may serve 25 additional interrogatories to plaintiff Anthony Campbell.

DATED: June 10, 2005                    IT IS SO ORDERED.

Prepared by Gary S. Casselman,
Counsel for Plaintiffs
LAW OFFICES OF GARY S. CASSELMAN
3415 S. Sepulveda Blvd, Suite 370
Los Angeles, California 90034
(310) 390-4406 FAX: (310) 390-4533

_____
United States District Court,
Honorable Anthony W. Ishii, Judge,
Eastern District of California

2