Gary S. Casselman, SBN 81658
Danielle Leichner Casselman, SBN 170622
LAW OFFICE OF GARY S. CASSELMAN
3415 South Sepulveda Blvd., Suite 370
Los Angeles, CA 90034
Telephone: 310/390-4406
Fax: 310/390-4533

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, #537, SCOTT CARVEL, # 343, O. LOVE, # 616, JAMES JAMES, THOMAS PRYOR, ERIC MATLOCK and DOES 1-10 individually and in their official capacities.<br><br>Defendants. | CASE NO. CIV F-04-5585 AWI TAG<br>*Assigned to Honorable Judge Anthony Ishii*<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION AND MOTION TO EXTEND SCHEDULING ORDER |
|---|---|

Having considered Plaintiff's Ex Parte Application and Motion to amend Scheduling Order and following hearing held on November 22, 2005, the Court finds good cause exists to grant plaintiff's motion to reset discovery cut-off dates as follows:

1. The expert disclosure deadline, currently set for August 8, 2005, be continued to November 11, 2005;

2. The supplemental expert disclosure deadline currently set for September 8, 2005, be continued to December 8, 2005;

3. The non expert discovery deadline currently set for July 8, 2005, be continued to December 12, 2005;

4. The expert discovery deadline set for October 10, 2005, be continued to January 10, 2006;

5. The date for all non-dispositive motions to be filed with the court, now set for November 10, 2005, and heard no later than December 5, 2005, be continued to February 10, 2006 and March 7, 2006, respectively;

6. The date for all dispositive motions to filed with the court, set for January 10, 2006, and heard no later than February 13, 2006, be continued to April 10, 2006 and May 8, 2006, respectively;

7. The pre-trial conference date set for April 14, 2006, be continued to July 10, 2006, at 8:30 a.m.;

8. The trial date set for June 6, 2006, be continued to September 5, 2006.

**Reviewed and approved as to Form and Contents**

DATED: December 29, 2004          MARDEROSSIAN, RUNYON, CERCONE, LEHMAN & ARMO

                                  By: _____
                                      Ovidio Oviedo
                                      Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: 12/29/2005                 _____
                                  UNITED STATES DISTRICT JUDGE
                                  MAGISTRATE