| |
|---|
| Gary S. Casselman, SBN 81658<br>Law Offices of Gary S. Casselman<br>3415 S. Sepulveda Blvd., Suite 370<br>Los Angeles, California 90034<br>310/ 390-4406 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Campbell, Sandra Jeffcoat, Nolan Campbell, Margaret Campbell, Anthony Campbell, Jr.,<br><br>                    Plaintiffs,<br>     vs.<br><br>City of Bakersfield, Mark Charmley, #537, Scott Carvel, # 343, O. Love, # 616, James James, Thomas Pryor, Eric Matlock and Does 1-10<br>                    Defendants | CASE NUMBER:<br>CIV F-04-5585 AWI TAG<br><br>**SUBSTITUTION OF ATTORNEY** |

ANTHONY CAMPBELL, Jr.              [X] Plaintiff [   ] Defendant   Other _____
     *Name of Party*

hereby substitutes ANTHONY CAMPBELL, Jr.                              who is

☐ Retained Counsel  ☐ Court Appointed Counsel [x] Pro Per 4413 Blossom

Valley Lane, Bakersfield, CA 93312   (661) 396-9083 _____  _____
*City, State, Zip Code              Tel. Number      Facsimile No.  State Bar*

as attorney of record in the place and stead of Gary S. Casselman
                              *Present Attorney*


Dated: February 25, 2006              /s/ _____

                              Anthony Campbell, Jr.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 22, 2006                                     /s/
                                                             *Signature of Present Attorney*
                                                        Gary S. Casselman

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____                                    _____
                                                             *Signature of New Attorney*

IT IS SO ORDERED.

**Dated:   March 10, 2006            /s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE