Gary S. Casselman, SBN 81658
Law Offices of Gary S. Casselman
3415 S. Sepulveda Blvd., Suite 370
Los Angeles, California 90034
310/ 390-4406

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Campbell, Sandra Jeffcoat, Nolan Campbell, Margaret Campbell, Anthony Campbell, Jr., <br><br>                 Plaintiffs, <br><br>     vs. <br><br> City of Bakersfield, Mark Charmley, #537, Scott Carvel, # 343, O. Love, # 616, James James, Thomas Pryor, Eric Matlock and Does 1-10 <br>                 Defendants | CASE NUMBER: <br> CIV F-04-5585 AWI TAG <br> _____ <br> **SUBSTITUTION OF ATTORNEY** |

SANDRA JEFFCOAT_____ [X] Plaintiff [ ] Defendant  Other _____
     *Name of Party*

hereby substitutes SANDRA JEFFCOAT_____ who is

☐ Retained Counsel ☐ Court Appointed Counsel [x] Pro Per 906 Meadow Street

Bakersfield, CA 93306  (661) 364-3008 _____ _____
 *City, State, Zip Code*     *Telephone Number  Facsimile Number  State Bar No.*

as attorney of record in the place and stead of Gary S. Casselman_____
                                             *Present Attorney*

Dated: February 25, 2006       /s/_____

                                  Sandra Jeffcoat

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above

substitution.

Dated: February 25, 2006                        /s/ _____

_____*Signature of Present Attorney*

Gary S. Casselman

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____                        _____

*Signature of New Attorney*

_____

IT IS SO ORDERED.

**Dated:    March 10, 2006             /s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE