| |
|---|
| Gary S. Casselman, SBN 81658 |
| Law Offices of Gary S. Casselman |
| 3415 S. Sepulveda Blvd., Suite 370 |
| Los Angeles, California 90034 |
| 310/ 390-4406 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Campbell, Sandra Jeffcoat, Nolan Campbell, Margaret Campbell, Anthony Campbell, Jr.,<br><br>                    Plaintiffs,<br>       vs.<br><br>City of Bakersfield, Mark Charmley, #537, Scott Carvel, # 343, O. Love, # 616, James James, Thomas Pryor, Eric Matlock and Does 1-10<br>                    Defendants | CASE NUMBER:<br>CIV F-04-5585 AWI TAG<br><br>**SUBSTITUTION OF ATTORNEY** |

MARGARET CAMPBELL          [X] Plaintiff [  ] Defendant   Other _____
       *Name of Party*

hereby substitutes  MARGARET CAMPBELL                            who is

☐ Retained Counsel  ☐ Court Appointed Counsel [x] Pro Per 6317 Megaris Ave.

Bakersfield, CA 93313   (661) 834-4188
*City, State, Zip Code   Telephone Number   Facsimile Number   State Bar No.*

as attorney of record in the place and stead of Gary S. Casselman
                                                                *Present Attorney*

Dated: February 21, 2006              /s/

                                      Margaret Campbell

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 22, 2006                              /s/
                                                      Gary S. Casselman

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____                               _____
                                                      *Signature of New Attorney*

IT IS SO ORDERED.

**Dated:   March 10, 2006             /s/ Anthony W. Ishii**
0m8i78                         UNITED STATES DISTRICT JUDGE