| | |
|---|---|
| Gary S. Casselman, SBN 81658<br>Law Offices of Gary S. Casselman<br>3415 S. Sepulveda Blvd., Suite 370<br>Los Angeles, California 90034<br>310/ 390-4406 | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Campbell, Sandra Jeffcoat, Nolan Campbell, Margaret Campbell, Anthony Campbell, Jr.,<br><br>          Plaintiffs,<br>     vs.<br><br>City of Bakersfield, Mark Charmley, #537, Scott Carvel, # 343, O. Love, # 616, James James, Thomas Pryor, Eric Matlock and Does 1-10<br>          Defendants | CASE NUMBER:<br>CIV F-04-5585 AWI TAG<br><br>**SUBSTITUTION OF ATTORNEY** |

<u>NOLAN CAMPBELL          </u>   [X] Plaintiff [   ] Defendant   Other _____
      *Name of Party*

hereby substitutes <u>NOLAN CAMPBELL                              </u> who is

☐ Retained Counsel  ☐ Court Appointed Counsel  [x] Pro Per <u>6317 Megaris Ave.</u>

<u>Bakersfield, CA 93313</u>   <u>(661) 834-4188</u>      _____      _____
 *City, State, Zip Code*     *Telephone Number*   *Facsimile Number*    *State Bar No.*

as attorney of record in the place and stead of <u>Gary S. Casselman          </u>
                                                          *Present Attorney*

Dated: February <u>21</u>, 2006          /s/_____

                                            Nolan Campbell

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 22, 2006                                  /s/
                                                                    *Signature of Present Attorney*
                                                          Gary S. Casselman

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____                                    _____
                                                                    *Signature of New Attorney*

IT IS SO ORDERED.

**Dated:   March 10, 2006              /s/ Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE