1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,<br><br>            Plaintiffs,<br>     v.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities,<br><br>            Defendants. | CIV F 04-5585 AWI TAG<br><br>**ORDER ON PLAINTIFFS'S MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE** |

21  Plaintiffs are proceeding pro per and, on April 11, 2006, filed a motion for continuance of
22 the pre-trial conference.  Plaintiffs request a 60 day continuance in order to retain counsel.
23 However, Plaintiffs's motion requests a continuance of the April 14, 2006, pre-trial conference.
24 The operative scheduling order is document number twenty-one (21) in the court's docket.  April
25 14, 2006, was the scheduled pre-trial conference date under the prior scheduling order.  See
26 Court's Docket Document No. 10.  Under the operative scheduling order, the pre-trial conference
27 date is currently set for July 10, 2006.  See Court's Docket Document No. 10.  Since the pre-trial
28 conference date in this matter is July 10, 2006, and not April 14, 2006, Plaintiffs's motion is

moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs's Motion for Continuance of the April 14, 2006, pre-trial conference is DENIED as moot.

IT IS SO ORDERED.

**Dated:   April 13, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE

daw                                                2