# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,<br><br>          Plaintiffs,<br>   v.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities,<br><br>          Defendants. | CIV F 04-5585 AWI TAG<br><br>**ORDER ON VACATING HEARING AND TAKING MATTER UNDER SUBMISSION** |

    Defendants have noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on May 22, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than May 8, 2006. Plaintiffs failed to do so.

    Due to Plaintiffs's failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendants's motion and the applicable law, and has determined that the motion is suitable for decision

without oral argument. <u>See</u> Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 22, 2006, is VACATED, and no party shall appear at that time. As of May 22, 2006, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   May 17, 2006**         **/s/ Anthony W. Ishii**
0m8i78               UNITED STATES DISTRICT JUDGE

daw              2