IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,<br><br>     Plaintiffs,<br>  v.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities,<br><br>     Defendants. | CIV F 04-5585 AWI TAG<br><br>ORDER EXTENDING TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT AND CHANGING CURRENT PRE-TRIAL CONFERENCE DATE |

Trial in this matter is currently set for September 5, 2006, and the current pre-trial conference date is set for July 10, 2006. Currently pending before the Court is Defendants's motion for summary judgment. The Court took the motion under submission as of May 22, 2006. On May 25, 2006, Plaintiff Anthony Campbell filed what is essentially a Rule 56(f) opposition. On June 5, 2006, Anthony Campbell filed a request for proof of service of documents. On June 14, 2006, Anthony Campbell filed an opposition to Defendants's notice of errata, requested proof of service of the motion for summary judgment, states that Defendants have failed to serve him, and requests denial of the summary judgment motion on the basis of

Defendants's failure to serve him.

A review of the proofs of service that were attached to Defendants's moving papers and filed with this Court show that Anthony Campbell was not served. The summary judgment papers show that Defendants served their motion on Anthony Campbell, Jr., Nolan Campbell, Margaret Campell, Sandra Jeffcoat, but not on Anthony Campbell. Anthony Cambell and Anthony Campbell, Jr., are separate parties. Sandra Jeffcoat and Anthony Campbell share the same address, but they are also separate parties. Campbell did file an opposition in this case, and at the time he filed the opposition, he made no mention of not receiving the motion. Campbell's opposition was signed May 17, 2006, and filed with this Court on May 25, 2006, and indicates that Campbell somehow received at least part of the motion for summary judgment. However, it is unclear what Campbell has actually received and when he received it. Given that the proofs of service in this case show that Campbell was not actually served by Defendants, the lateness of his opposition, and that he is proceeding pro per (although he is expected to follow the rules of civil procedure), the Court believes that additional time to respond to Defendants's motion for summary judgment is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1.  Upon receipt of this order, Defendants are to IMMEDIATELY serve on Plaintiff Anthony Campbell their motion for summary judgment and supporting papers;
2.  Defendants are to file a proof of service with this Court immediately after serving Campbell with their motion for summary judgment and supporting papers;
3.  Plaintiff Anthony Campbell may serve on Defendants and <u>file</u> with this Court any additional opposition to summary judgment on or by 4:00 p.m. on July 5, 2006;[1]
4.  Defendants may file a reply to any further opposition by 4:00 p.m. on July 11, 2006;

---

[1] There is no "mail box rule" recognized in the Eastern District of California for non-prisoners. Thus, the Court must be in actual possession of any opposition on July 5, 2006.

daw                                                             2

5. The hearing on Defendants's motion for summary judgment will be on July 17, 2006, at 1:30 p.m.;

6. The Pre-Trial conference date of July 10, 2006, is VACATED and the new pre-trial conference date will be July 28, 2006, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 19, 2006**                               **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE

daw                                       3