UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, #537, SCOTT CARVEL, #343, O.LOVE, # 616, JAMES JAMES, THOMAS PRYOR, ERIC MATLOCK and DOES 1-10 individually and in their official capacities.<br><br>Defendants. | Case Number CV-F-04-5585 AWI TAG<br><br>**ORDER ON THE STIPULATED DISMISSAL OF ANTHONY CAMPBELL, JR., AND MOTION TO DISMISS PURSUANT TO FRCP RULE 41(a)(2)** |

Defendants and Plaintiff Anthony Campbell, Jr., filed the following stipulation and motion to dismiss the claims made by Anthony Campbell, Jr.:

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, that plaintiff, ANTHONY CAMPBELL, JR., agrees to dismiss with prejudice the above-captioned lawsuit against the named defendants in exchange for a waiver of costs.

**AS PER THE STIPULATION, THE PARTIES HEREBY MOVE** this court for an order dismissing the claims of plaintiff, ANTHONY CAMPBELL, JR., in the above-captioned lawsuit with prejudice under Rule 41(a)(2).

Dated: June 12, 2006                             MARDEROSIAN, RUNYON, CERCONE
                                                                    LEHMAN & ARMO

                                                                    /s/ Ovidio Oviedo, Jr., Esq.
                                                        By:_____

MARDEROSIAN, RUNYON, CERCONE,, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

OVIDIO OVIEDO, JR,  
Attorney for defendants above-named.

Dated: June 24, 2006

/s/ Anthony Campbell, Jr.

By: _____  
ANTHONY CAMPBELL, JR., Plaintiff

## **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that, as per the stipulation, the claims of plaintiff, ANTHONY CAMPBELL, JR., in the above entitled lawsuit are dismissed with prejudice under Rule 41(a)(2).

IT IS SO ORDERED.

**Dated:   July 6, 2006**               **/s/ Anthony W. Ishii**  
0m8i78                                   UNITED STATES DISTRICT JUDGE

MARDEROSIAN,  
RUNYON, CERCONE,,  
LEHMAN & ARMO  
1260 Fulton Mall  
Fresno, CA 93721