1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,** ) ) ) ) ) | **CIV F 04-5585 AWI TAG** |
| **Plaintiffs,** ) | **ORDER EXTENDING TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT AND CHANGING CURRENT PRE-TRIAL CONFERENCE DATE** |
| **v.** ) | |
| ) | |
| **CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities,** ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

        In the Court's June 19, 2006, order extending time for Plaintiffs to file an opposition to

summary judgment, the Court informed Plaintiffs that any opposition was to be filed with the

Court and served on Defendants on or by July 5, 2006.  See Court's Docket Doc. No. 47.  On

July 5, 2006, Plaintiffs delivered to the Court for filing their opposition to Defendants's motion

for summary judgment.  The opposition was in a manilla folder and contained various marked

exhibits.  Two documents were contained in the manilla folder that were not attached to any

other documents and were not exhibits.  These two documents do not contain a required caption.

See Local Rules 7-130; 5-133.    Additionally, none of the documents submitted in connection

with Plaintiffs's opposition contain a proof of service.  See Local Rule 5-135(c).

Accordingly, IT IS HEREBY ORDERED that:

1.      The clerk is directed to return to Plaintiffs the two "loose," unattached and captionless documents; and

2.      Plaintiffs are to immediately file a proof of service for the materials filed as their opposition to summary judgment.

IT IS SO ORDERED.

**Dated:    July 7, 2006**                        _____/s/ Anthony W. Ishii_____
0m8i78                                          UNITED STATES DISTRICT JUDGE

daw                                            2