IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,<br><br>        Plaintiffs,<br>  v.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities,<br><br>        Defendants. | CIV F 04-5585 AWI TAG<br><br>ORDER OF CLARIFICATION REGARDING DOCUMENT NUMBER 57 |

    It has come to the attention of the Court that the order signed on July 7, 2006, which appears as document number 57 on the Court's docket sheet, is erroneously entitled.  The title of the order indicates that the order changes pre-trial dates and extends time for the filing of oppositions to summary judgment.  For clarification, document number 57 on the Court's docket does not alter the pre-trial dates or extend the time for filing oppositions.  Rather, the order directs the clerk to return documents to the Plaintiffs and directs Plaintiffs to file a proof of

service.  The pre-trial dates remain the same and unchanged.

IT IS SO ORDERED.

**Dated:   July 11, 2006**                                  **/s/ Anthony W. Ishii**
ciem0h                                                               UNITED STATES DISTRICT JUDGE

daw                                                    2