IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR., <br><br>          Plaintiffs, <br>   v. <br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities, <br><br>          Defendants. | CIV F 04-5585 AWI TAG <br><br>ORDER ON VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

Defendants's motion for summary judgment is pending in this action and set for hearing on Monday, July 17, 2006. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 17, 2006, is VACATED, and the parties shall not appear at that time. As of July 17, 2006, the Court will take Defendants's motions under submission and will thereafter issue its decision.

/ / /

/ / /

1  IT IS SO ORDERED.

2  **Dated:**    **July 13, 2006**              /s/ Anthony W. Ishii
   0m8i78                          UNITED STATES DISTRICT JUDGE