**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,<br><br>                 Plaintiffs,<br>     v.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities,<br><br>                 Defendants. | CIV F 04-5585 AWI TAG<br><br>ORDER SETTING TRIAL AND PRE-TRIAL CONFERENCE DATES, DISCHARGING ORDER TO SHOW CAUSE, AND DENYING MOTION FOR SANCTIONS |

On October 16, 2006, the Court held a status conference, a hearing on an order to show cause, a hearing on Defendants's motion for sanctions, and a hearing on Plaintiffs's motion for protective order. The Court found that Plaintiffs's had adequately explained their absence from the July 28, 2006, pre-trial conference and discharged the order to show cause. The Court further held that, because Plaintiffs's absence had been adequately explained, Defendants's motion for sanctions was denied. The Court further found that reassignment of the case to another judge was not warranted. Further, the Court granted Plaintiffs's request for a protective order and ordered Defendants to return copies of the medical bill provided by Plaintiffs, which was used to

1  explain their absence from the July 28, 2006, pre-trial conference.  Finally, the Court set a new
2  trial and pre-trial conference dates.  Trial on this matter will now be on March 13, 2007, at 8:30
3  a.m., in Courtroom 2.  The Pre-Trial conference will be held on January 16, 2007, at 9:00 a.m., in
4  Courtroom 2.

5        Accordingly, IT IS HEREBY ORDERED that:

6  1.    The order for Plaintiffs to show cause is DISCHARGED;

7  2.    Defendants's motion for sanctions is DENIED;

8  3.    Plaintiffs's motion for a protective order is GRANTED in that Plaintiff Anthony
9      Campbell's medical bill, submitted with respect to the order to show cause, is SEALED;

10 4.    Defendants will return their copies of the above mentioned medical bill to Plaintiffs, if
11     they have not already done so;[1]

12 5.    Trial in this case will be held on March 13, 2007, at 8:30 a.m. in Courtroom No. 2;

13 6.    The pre-trial conference will be held on January 16, 2007, at 9:00 a.m. in Courtroom No.
14     2;

15 7.    The parties are referred to the Local Rules regarding submission of pre-trial statements,
16     and the Court will allow the parties to submit separate pre-trial statements in this case.

18 IT IS SO ORDERED.

19 **Dated:**   **October 18, 2006**         **/s/ Anthony W. Ishii**
   0m8i78                           UNITED STATES DISTRICT JUDGE

---

[1] Defense counsel returned his copies of the bill to Campbell during the hearing.

daw                  2