**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CAMPBELL, et. al. ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BAKERSFIELD, et. al.,<br><br>　　　　Defendants. | CIV- F-04-5585 AWI TAG<br><br>ORDER DISMISSING WITH PREJUDICE ONLY DEFENDANT THOMAS PRYOR WITH PREJUDICE IN LIGHT OF THE PARTIES'S RULE 41(a) VOLUNTARY DISMISSAL |

　　　On January 29, 2007, the parties filed a stipulation for dismissal with prejudice as to Defendant Thomas Pryor only.  Further, at the pre-trial hearing of January 29, 2007, the parties indicated their intention that Pryor be dismissed.  It was further represented that Thomas Pryor was now deceased.  The January 29, 2007, stipulated dismissal is signed by each party who has appeared in, and is currently a party to, this case.

　　　Rule 41(a) of the Federal Rules of Civil Procedure provides, in pertinent part:

　　　(1) **By Plaintiff; by Stipulation**. . . . an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared . . . .

　　　(2) **By Order of Court**. Except as provided in paragraph (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's insistence save upon order of the court and upon such terms and conditions as the court deems proper.

Fed. R. Civ. Pro. 41(a).

1   In light of the parties's signed stipulation for dismissal of Thomas Pryor with prejudice, this case has terminated as to Thomas Pryor. See Fed. R. Civ. Pro. 41(a); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989) see also Gambale v. Deutsche Bank AG, 377 F.3d 133, 139 (2d Cir. 2004); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) cf. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)

Therefore, IT IS HEREBY ORDERED that Defendant Thomas Pryor is DISMISSED from this case with prejudice in light of the parties's filed and properly signed Rule 41(a) Stipulation For Dismissal.

IT IS SO ORDERED.

**Dated:   January 30, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE