IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAMPBELL, SANDRA JEFFCOAT, NOLAN CAMPBELL, MARGARET CAMPBELL, ANTHONY CAMPBELL, JR.,<br><br>Plaintiffs,<br>v.<br><br>CITY OF BAKERSFIELD, MARK CHARMLEY, SCOTT CARVEL, ORBIN LOVE, THOMAS PRYOR, JAMES JAMES, ERIC MATLOCK, and DOES 1-10 Individually and in their Official Capacities,<br><br>Defendants. | CIV F 04-5585 AWI TAG<br><br>ORDER REQUIRING SUBMISSION OF PRE-TRIAL MATERIALS IN WORD PERFECT FORMAT AND SETTING HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANTS'S MOTIONS TO STRIKE AND REQUESTS FOR SANCTIONS |

On January 29, 2007, the Court held a pre-trial conference in this matter. As part of the pre-trial conference, the parties indicated that new exhibit and witness lists would be filed. Defendants have electronically filed these lists on behalf of themselves and Plaintiffs. However, the Court also requested that Defendants lodge their pre-trial statement and the new lists in Word Perfect format. Defendants have yet to do so, and trial is set for March 13, 2007.

Also, on February 1 and 2, 2007, Defendants filed motions to strike certain exhibits and witnesses designated by Plaintiffs. Defendants also request sanctions. The motions in limine hearing and trial confirmation is currently set for February 26, 2007. The Court intends to rule

on the motions to strike and requests for sanctions at the motions in limine hearing.  The Court will adopt a slightly modified briefing schedule for the motions to strike and requests for sanctions from the motions in limine schedule.

      Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are to either lodge with the Court a copy of the pre-trial materials in Word Perfect format on a diskette, or e-mail to the Court's courtroom deputy a copy of the pre-trial materials in Word Perfect format as soon possible, but no later than 1:00 p.m. on Thursday, February 8, 2007;

2. Plaintiffs may file an opposition to Defendants's motions to strike and requests for sanctions by 4:00 p.m., February 16, 2007;

3. Defendants may file a reply to any opposition to the motions to strike and requests for sanctions by 4:00 p.m., February 21, 2007; and

4. The hearing on Defendants's motions to strike and requests for sanctions will be at 1:30 p.m., on February 26, 2007, in Courtroom No. 2.

IT IS SO ORDERED.

**Dated:   February 6, 2007**                **/s/ Anthony W. Ishii**
0m8i78                UNITED STATES DISTRICT JUDGE